# Exhibit 2

**Bolton Global Capital - Retail Order placement and execution using an Order Execution and Management System**

**Infringement of the ‘782 patent**

| **Claim 20** | **Evidence** |
|---|---|
| 20. A method comprising: | Bolton Global Capital performs a method of operating a system for transacting trades.<br><br>For example, Bolton Global Capital operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br>WORLDWIDE ACCESS TO MARKETS<br><br>Bolton, through its affiliation with BNY Mellon Pershing offers institutional and retail clients multicurrency execution capabilities in over 60 exchanges. Clients can buy and sell foreign currencies, equities and fixed income securities assisted by our expertise and local market experience in Central and South America, Europe and Asia. Bolton clients can take advantage of the best available pricing through our broad network of counter party bond dealers and can execute their trades in over 45 currencies.<br><br>Source: https://boltonglobal.com/clearing-and-custody/ |

| | |
|---|---|
| | **Enhanced Liquidity for Optimal Results**<br>Pershing is committed to being an equity market maker. Our Equity Market Making Desk currently makes markets in nearly 6,000 stocks. To achieve superior levels of enhanced liquidity and net price improvement, the desk is connected to all market centers, including several dark pools, and leverages proprietary models and high-speed, real-time market data to manage your orders quickly, anonymously, and cost-effectively.<br><br>Source: https://boltonglobal.com/doc/trading-services.pdf<br><br>**Brokerage Services**, ***offered through our Broker-Dealer and FINRA member , Bolton Global Capital:***<br>• We will buy and sell investments for you at your discretion, or we may recommend investments based on your investment profile. The investment decision is yours since you approve any recommendations.<br>• Investment choices include but are not limited to equities, fixed income securities, mutual funds, money market funds, variable annuities, exchange-traded funds (ETFs), leveraged ETFs, options, structured products, and alternative investments.<br>• The investment professional you hire is under no obligation to monitor your brokerage account for performance.<br>• As a limitation, Bolton does not offer proprietary products. Other firms could provide a wider selection of investments.<br><br>Source: https://boltonglobal.com/doc/CURRENT_BOLTON_FORM_CRS.pdf |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by Bolton Global Capital, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, Bolton Global Capital provides securities trading services to multiple clients, some of which are individual investors. Bolton Global |

| | |
|---|---|
| | Capital provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client.<br><br>WORLDWIDE ACCESS TO MARKETS<br><br>Bolton, through its affiliation with BNY Mellon Pershing offers institutional and retail clients multicurrency execution capabilities in over 60 exchanges. Clients can buy and sell foreign currencies, equities and fixed income securities assisted by our expertise and local market experience in Central and South America, Europe and Asia. Bolton clients can take advantage of the best available pricing through our broad network of counter party bond dealers and can execute their trades in over 45 currencies.<br><br>Source: https://boltonglobal.com/clearing-and-custody/<br><br>**What Investment Services and Advice can you provide me?**<br><br>**We offer both brokerage services and investment advisory services to retail investors.**<br><br>**Brokerage Services, *offered through our Broker-Dealer and FINRA member , Bolton Global Capital:***<br>• We will buy and sell investments for you at your discretion, or we may recommend investments based on your investment profile. The investment decision is yours since you approve any recommendations.<br>• Investment choices include but are not limited to equities, fixed income securities, mutual funds, money market funds, variable annuities, exchange-traded funds (ETFs), leveraged ETFs, options, structured products, and alternative investments.<br>• The investment professional you hire is under no obligation to monitor your brokerage account for performance.<br>• As a limitation, Bolton does not offer proprietary products. Other firms could provide a wider selection of investments.<br><br>Source: https://boltonglobal.com/doc/CURRENT_BOLTON_FORM_CRS.pdf |
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a | The system operated by Bolton Global Capital acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, Bolton Global Capital provides securities trading services in the form of trading transactions to Bolton Global Capital clients. The system stores the trading transactions |

| | |
|---|---|
| processor implemented at least partly in hardware; | according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier.<br><br>Information We Collect: While using our products or services, we may collect the following types of nonpublic personal information about you:<br><br>Information we receive from you on applications or other forms;<br>Information about your accounts and transactions with us or others;<br>Information necessary to verify your identity in order to secure access to your nonpublic personal information;<br>Information we receive from customer reporting agencies; and<br>Other information you provide to us, include information needed for us to comply with all applicable laws and regulations governing the products and services we provide you.<br>Why Do We Collect Your Information: We collect your information so we can provide financial services to you. Much of the information that we collect is either mandated by law or necessary for us to provide effective services to you. These are legitimate purposes. Your honest disclosure of information is imperative. Failing to fully and honestly share your information with us will have a negative impact on the services we provide to you.<br><br>Source: https://boltonglobal.com/privacy-policy/<br><br>We may disclose information such as your name, address, social security number, date of birth, transactional information, or other financial information when necessary for us to provide you with financial products, services or reports on your account(s), or where disclosure is prescribed by law. Bolton does not sell or share your information to nonaffiliated third parties who intend to market their products to you. In general, your information is only disclosed to recipients within the United States.<br><br>Source: https://boltonglobal.com/privacy-policy/ |
| generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions | For example, the order execution and management system used by Bolton Global Capital generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. Bolton Global Capital order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges. |

| | |
|---|---|
| associated with a trading entity would generate a profit; and | <br><br>Source: https://boltonglobal.com/privacy-policy/<br><br>We may disclose information such as your name, address, social security number, date of birth, transactional information, or other financial information when necessary for us to provide you with financial products, services or reports on your account(s), or where disclosure is prescribed by law. Bolton does not sell or share your information to nonaffiliated third parties who intend to market their products to you. In general, your information is only disclosed to recipients within the United States.<br><br>Source: https://boltonglobal.com/privacy-policy/ |

Bolton Global Capital collects nonpublic Personal Identifiable Information such as name, address, Social Security number, date of birth, and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. Bolton Global Capital periodically reviews transaction history such as account balance and trading activity.

> Information We Collect: While using our products or services, we may collect the following types of nonpublic personal information about you:
>
> Information we receive from you on applications or other forms;
> Information about your accounts and transactions with us or others;
> Information necessary to verify your identity in order to secure access to your nonpublic personal information;
> Information we receive from customer reporting agencies; and
> Other information you provide to us, include information needed for us to comply with all applicable laws and regulations governing the products and services we provide you.
> Why Do We Collect Your Information: We collect your information so we can provide financial services to you. Much of the information that we collect is either mandated by law or necessary for us to provide effective services to you. These are legitimate purposes. Your honest disclosure of information is imperative. Failing to fully and honestly share your information with us will have a negative impact on the services we provide to you.

Source: https://boltonglobal.com/privacy-policy/

| | |
|---|---|
| | We treat information concerning our former customers the same way we treat information about our current customers. If you close your account(s) with us, we may share your nonpublic personal information with the new broker-dealer or custodian that you choose to aid in the transfer of your investments. In the event the representative servicing your account(s) leaves Bolton to join another firm, the representative is allowed to retain copies of your personal information in order to continue servicing your account(s) at the new firm. The representative remains obligated to keep your personal information confidential and is only allowed to use your personal information to service your account(s).<br><br>We may disclose information such as your name, address, social security number, date of birth, transactional information, or other financial information when necessary for us to provide you with financial products, services or reports on your account(s), or where disclosure is prescribed by law. Bolton does not sell or share your information to nonaffiliated third parties who intend to market their products to you. In general, your information is only disclosed to recipients within the United States.<br><br>Source: https://boltonglobal.com/privacy-policy/<br><br>**What Investment Services and Advice can you provide me?**<br><br>**We offer both brokerage services and investment advisory services to retail investors.**<br><br>**Brokerage Services, *offered through our Broker-Dealer and FINRA member , Bolton Global Capital:***<br><br>• We will buy and sell investments for you at your discretion, or we may recommend investments based on your investment profile. The investment decision is yours since you approve any recommendations.<br>• Investment choices include but are not limited to equities, fixed income securities, mutual funds, money market funds, variable annuities, exchange-traded funds (ETFs), leveraged ETFs, options, structured products, and alternative investments.<br>• The investment professional you hire is under no obligation to monitor your brokerage account for performance.<br>• As a limitation, Bolton does not offer proprietary products. Other firms could provide a wider selection of investments.<br><br>Source: https://boltonglobal.com/doc/CURRENT_BOLTON_FORM_CRS.pdf |

| | |
|---|---|
| | When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.<br><br>Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive "economic benefits" Those benefits include NYSE transaction fee reductions and credits (see amounts from the "New York Stock Exchange Price List 2025" below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

## Fees and Credits Applicable to Executions in the Retail Liquidity Program

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

**NYSE Retail Orders and Retail Liquidity Program**

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets Cboe Data Vantage Tradable Products Listings Indices Education About

Insights Derivatives Market Research Equities Market Research Guest Author Series Data Analytics and Indices Our Stories More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, Bolton Global Capital tracks transactions made by trading entities.

| | |
|---|---|
| | The entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. Bolton Global Capital receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for Bolton Global Capital. For example, in the case where Bolton Global Capital would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.<br><br>We treat information concerning our former customers the same way we treat information about our current customers. If you close your account(s) with us, we may share your nonpublic personal information with the new broker-dealer or custodian that you choose to aid in the transfer of your investments. In the event the representative servicing your account(s) leaves Bolton to join another firm, the representative is allowed to retain copies of your personal information in order to continue servicing your account(s) at the new firm. The representative remains obligated to keep your personal information confidential and is only allowed to use your personal information to service your account(s).<br><br>We may disclose information such as your name, address, social security number, date of birth, transactional information, or other financial information when necessary for us to provide you with financial products, services or reports on your account(s), or where disclosure is prescribed by law. Bolton does not sell or share your information to nonaffiliated third parties who intend to market their products to you. In general, your information is only disclosed to recipients within the United States.<br><br>Source: https://boltonglobal.com/privacy-policy/<br><br>We may disclose information such as your name, address, social security number, date of birth, transactional information, or other financial information when necessary for us to provide you with financial products, services or reports on your account(s), or where disclosure is prescribed by law. Bolton does not sell or share your information to nonaffiliated third parties who intend to market their products to you. In general, your information is only disclosed to recipients within the United States. |

| | |
|---|---|
| | Source: https://boltonglobal.com/privacy-policy/<br><br>Securing Your Information: We restrict access to your personal and account information to our employees or agents who need to know this information to provide products or services to you or need access to this information to comply with applicable laws and regulations governing the products and services we provide. We employ physical, electronic and procedural security safeguards to protect your information from loss, misuse, or unauthorized alterations. We endeavor to only retain your information for as long as necessary, which is generally three, five or six years under prevailing laws in the United States relevant to the financial services industry. We reserve the right to retain your information for longer than the regulatory retention periods mentioned herein. If we do retain your information for longer it is because the information is still required for the legitimate business interests of the company.<br><br>Source: https://boltonglobal.com/privacy-policy/<br><br>**What fees will I pay?**<br><br>**For brokerage accounts,** you'd pay a transaction-based fee, often known as a 'commission', whenever an investment is bought or sold in your account. You should be aware that the more trades in your account, the more commission charges we would charge you as a Broker-Dealer. We would want you to trade more often. If you are trading fixed income securities, Bolton will generally charge you a mark-up or mark-down on the transaction. This charge is in addition to any mark-up or mark-down charged to you by your investment professional. The firm does not trade fixed income from its own inventory (Proprietary Principal Trading) and instead trades on a 'Riskless Principal Basis' by purchasing the security for us and then selling you the security. We may choose to sell you the security at the same price for which we purchased the security, plus a 'mark-up'. A 'mark-down' would apply when you are selling a fixed income security. This is generally called a ***riskless*** principal transaction because we have already received your order to buy or sell at a certain price. If you trade in Structured Investment Products, we will receive a sales credit and will also receive additional compensation from the Structured Product Arranger through whom we generally require all structured product investments to be sourced. The additional compensation is provided to us for using this Arranger to make this product available to you. While this additional compensation is a revenue source to us, it also serves, in part, to defray the additional oversight and supervisory overhead costs associated with investing in these products. In addition to a commission and fixed income mark ups/down, there are various administrative Service Fees for us to hold, service and maintain a brokerage account. You should review a summary of these service fees by going to the following link: https://boltonglobal.com/doc/ScheduleOfServiceFees.pdf. As noted on this Schedule, certain fees also include a Bolton mark-up that is a source of compensation to Bolton and intended, in part, to offset the costs associated with servicing your account. These mark-ups are also a source of profit for Bolton.<br><br>Source: https://boltonglobal.com/doc/CURRENT_BOLTON_FORM_CRS.pdf |

| | |
|---|---|
| | Please note that these quarterly disclosures are made up of three segments. The three segments include the statistical data in percentage terms for where orders were routed during the quarter, any fee and rebate information in terms of cents per share or total dollars paid or received, and lastly the material aspects of the relationship with each of the market centers.<br><br>Each of these segments is published at various points during the period between the end of the relevant quarter and the last business day of the month following the end of that quarter, which is when it can be considered as complete in accordance with SEC rule 606 (a).<br><br>Pershing LLC ("Pershing") has provided the data on this website on behalf of your introducing financial organization. The data represents only those orders that have been routed by your introducing financial organization through Pershing for execution. Although Pershing has used commercially reasonable efforts to provide accurate information, the data is provided to you on an "as is" basis. PERSHING SPECIFICALLY DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED WITH RESPECT TO THE INFORMATION, INCLUDING SPECIFICALLY, BUT NOT EXCLUSIVELY, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. YOU AGREE THAT PERSHING SHALL NOT HAVE ANY LIABILITY FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL OR DIRECT DAMAGES FOR ANY ACTION OR INACTION WHICH YOU MAY TAKE AS THE RESULT OF THE DATA, WHETHER AS A RESULT OF ANY CLAIM SOUNDING IN CONTRACT OR ANY OTHER THEORY OF LIABILITY.<br><br>BNY \| PERSHING<br>*Disclosure of Order Routing practices web site supported by Pershing LLC.*<br><br>Source: https://www.orderroutingdisclosure.com/ |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange | For example, Bolton Global Capital receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>Bolton Global Capital sends equity orders to exchanges, electronics |

| | |
|---|---|
| that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. Bolton Global Capital regularly reviews routing decisions to ensure that the orders meet Bolton Global Capital's duty of best execution.<br><br>Please note that these quarterly disclosures are made up of three segments. The three segments include the statistical data in percentage terms for where orders were routed during the quarter, any fee and rebate information in terms of cents per share or total dollars paid or received, and lastly the material aspects of the relationship with each of the market centers.<br><br>Each of these segments is published at various points during the period between the end of the relevant quarter and the last business day of the month following the end of that quarter, which is when it can be considered as complete in accordance with SEC rule 606 (a).<br><br>Pershing LLC ("Pershing") has provided the data on this website on behalf of your introducing financial organization. The data represents only those orders that have been routed by your introducing financial organization through Pershing for execution. Although Pershing has used commercially reasonable efforts to provide accurate information, the data is provided to you on an "as is" basis. PERSHING SPECIFICALLY DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED WITH RESPECT TO THE INFORMATION, INCLUDING SPECIFICALLY, BUT NOT EXCLUSIVELY, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. YOU AGREE THAT PERSHING SHALL NOT HAVE ANY LIABILITY FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL OR DIRECT DAMAGES FOR ANY ACTION OR INACTION WHICH YOU MAY TAKE AS THE RESULT OF THE DATA, WHETHER AS A RESULT OF ANY CLAIM SOUNDING IN CONTRACT OR ANY OTHER THEORY OF LIABILITY.<br><br>BNY \| PERSHING<br>*Disclosure of Order Routing practices web site supported by Pershing LLC.*<br><br>Source: https://www.orderroutingdisclosure.com/ |

| | |
|---|---|
| | **NYSE Retail Orders and Retail Liquidity Program**<br><br>**Retail Order Overview**<br><br>A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.<br><br>Source: https://www.nyse.com/markets/liquidity-programs<br><br>**NASDAQ Retail Orders and Retail Liquidity Program**<br><br>Orders<br><br>**Retail Order**<br><br>Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.<br><br>Retail Orders will always receive the most price improvement possible.<br><br>Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:<br>▪ Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.<br>▪ Must be submitted with an explicit limit price.<br>▪ May not be submitted in sub-penny increments.<br>▪ Must be submitted through a Retail Only Port.<br><br>**Retail Price Improvement Order (RPI Order)**<br><br>RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.<br><br>All RPI orders are booked in accordance with a price-time priority.<br><br>RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.<br><br>Additionally, RPI orders must meet the following conditions:<br>▪ Must be submitted with a limit price.<br>▪ RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.<br>▪ Must be submitted for securities priced greater than $1.00.<br>▪ Must be submitted with a minimum increment of $0.001.<br><br>nasdaq.com/solutions/equities 1<br><br>Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf |

| | |
|---|---|
| | **<u>Cboe Retail Orders and Retail Liquidity Program</u>**<br><br>Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br><br><br>**<u>IEX Retail Orders and Retail Liquidity Program</u>** |

| | |
|---|---|
| | **Retail Order Type**<br><br>Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.<br><br>**Overview**<br><br>Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.<br><br>**Retail Order Details**<br><br>Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.<br><br>Source: https://www.iexexchange.io/products/retail-program#resources |

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf